UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELIESER PLUMEY

      v.                                    CASE NO. 3:03CV00140(AVC)

OZRO INTERNATIONAL INC.
and M&T CREDIT CORPORATION

## JUDGMENT

Counsel of record having reported to the Court on January 21, 2004 that the above-entitled case had been settled on January 20, 2004, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 25th day of February, 2004.

KEVIN F. ROWE, CLERK

By   /s/ JW
      Jo-Ann Walker
      Deputy Clerk

EOD: